FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 07 2018
James N. Hatten, Clerk
By: /s/ AMCarwell, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAUREL RIDGE AT WASHINGTON RD LP, doing business as Leyland Pointe Apts,

    Plaintiff

v.

CECILY GAILLARD and All Others,

    Defendant

CIVIL ACTION FILE NO. 1:18-CV-4909-ODE-JKL

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed November 2, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Larkins recommends that this case be remanded to the Magistrate Court of Fulton County. Remand is warranted because this Court does not have subject matter jurisdiction.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Fulton County, Georgia.

SO ORDERED, this __6__ day of December, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE